UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Linda K. Lundgren,   Civil No. 09-3395 (RHK/LIB)

        Plaintiff,

**ORDER**

vs.

Michael J. Astrue, Commissioner
of Social Security,

        Defendant.

---

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, and no objections having been filed with respect thereto,

**IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 23) is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 10) is **DENIED**; and

2. Defendant's Motion for Summary Judgment (Doc. No. 17) is **GRANTED**.

Dated: March 11, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge