# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Linda K. Lundgren,                           Civil No. 09-3395 (RHK/LIB)

            Plaintiff,

                                             **ORDER**

vs.

Michael J. Astrue, Commissioner
of Social Security,

            Defendant.

---

      Pursuant to the Court's Order (Doc. No. 25), **IT IS ORDERED** that the Clerk of Court **ENTER JUDGMENT** in the above-captioned matter.

Dated: March 11, 2011

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge